### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| DWAYNE HOFFER et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 08-1275 |
| ) | |
| STATE'S ATTORNEY KEVIN W. ) | |
| LYONS, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

For the reasons set forth below, the Court strikes the allegation against Defendant Troy I. Roberts ("Roberts") in Plaintiffs' Second Amended Complaint.

### BACKGROUND

On January 5, 2009, Roberts file a Motion for a More Definite Statement [#16]. The Court granted this Motion on January 23, 2009. In this January 23, 2009, Order, the Court instructed Plaintiffs to file a more definite statement within 14 days of the Order. The Court warned that if Plaintiffs failed to file a more definite statement, the Court would strike the allegation against Roberts. The deadline to file a more definite statement has passed. Plaintiffs have failed to file a more definite statement. Accordingly, the Court strikes the allegation against Roberts.

- 2 -

## CONCLUSION

For the reasons set forth herein, the Court strikes the allegation against Defendant Troy I. Roberts. Defendant Troy I. Roberts is dismissed from this action, with prejudice.

ENTERED this 30th day of April, 2009.

                                              s/ Michael M. Mihm
                                              Michael M. Mihm
                                              United States District Judge